IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      v.<br><br>HAMPTON, et al.,<br><br>            *Defendants.* | CRIMINAL ACTION<br>NO. 15-302 |

**PAPPERT, J.**　　　　　　　　　　　　　　　　　　　　　　　**SEPTEMBER 26, 2016**

## ORDER

**AND NOW**, this 26th day of September, 2016, based on a telephone status conference with all counsel held on Thursday, September 22, 2016, it is **ORDERED** that:

1. The government's Motion to Admit Audio Recordings (ECF No. 54) is **GRANTED** without prejudice;

2. Kenneth Hampton's Motion for Release of Brady Materials (ECF No. 73) is **DENIED** as moot without prejudice;

3. Kenneth Hampton's First Motion to Dismiss Count Fourteen (ECF No. 74) is **DENIED** as moot;

4. Terrell Hampton's First Motion for Joinder in Co-Defendant Kenneth Hampton's Pretrial Motions (ECF No. 80) is **GRANTED** as unopposed;

5. Kenneth Hampton's Motion to Dismiss Indictment (ECF No. 83) is **DENIED** as moot.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.