## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KENNETH HAMPTON, *et al.*,<br><br>     *Defendants*. | CRIMINAL ACTION<br>NO. 15-00302 |

### ORDER

**AND NOW**, this 27th day of September, 2016, upon consideration of Defendant Kenneth Hampton's ("Hampton") motion for early disclosure of Jencks Act Material pursuant to Federal Rule of Criminal Procedure 26.2, (ECF No. 77), and the United States of America's Response (ECF No. 91), it is **ORDERED** that the motion is **DENIED**.

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.