### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION<br>NO. 15-00302 |
| KENNETH HAMPTON, *et al.*, | |
| *Defendants*. | |

### ORDER

**AND NOW**, this 11th day of October, 2016, after a telephone conference with all parties, Defendant Kenneth Hampton's Motions (ECF No. 120 and 121) are **DENIED** as moot without prejudice.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.