IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HAMPTON, et al.,<br><br>*Defendants.* | CRIMINAL ACTION<br>NO. 15-302 |

## ORDER

**AND NOW**, this 17th day of November, 2016, following a hearing with counsel, it is **ORDERED** that:

1. Hampton's Motion for Discovery (ECF No. 72), Motion for Disclosure of Rule 12(B)(4) Material (ECF No. 76), and Second Motion for Discovery (ECF No. 119) are **DENIED as moot**.

2. Hampton's Third Motion to Dismiss on Speedy Trial and Pre-Arrest Delay (ECF No. 158) and Third Motion to Dismiss Counts Nineteen and Twenty (ECF No. 159) are **DENIED as withdrawn**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.