IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | CRIMINAL ACTION NO. 15-302 |
| KENNETH HAMPTON, *et al.*, | |
| *Defendants*. | |

## ORDER

**AND NOW**, this 2nd day of May, 2017, after considering the Government's motion *in limine* (ECF No. 215), it is hereby **ORDERED** that the motion is **GRANTED** in part consistent with the following:

1. In the event that Kenneth testifies, his 2005 and 2010 convictions relating to counterfeit currency will be admitted pursuant to FED. R. EVID. 609(a)(2).

2. The Court reserves judgment on the admissibility of Kenneth's remaining convictions pursuant to FED. R. EVID. 609(a)(1) and (b)(1) for a later date.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.