IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL ACTION |
| KENNETH HAMPTON, *et al.* | NO. 15-00302 |
| *Defendants.* | |

## ORDER

**AND NOW**, this 3rd day of May, 2017, upon consideration of Kenneth Hampton's motion *in limine*, (ECF No. 217), the Government's response, (ECF No. 219), and following a hearing on the motion, (ECF No. 229), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.