IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL ACTION |
| KENNETH HAMPTON, *et al.* | NO. 15-00302 |
| *Defendants.* | |

## **ORDER**

**AND NOW**, this 3rd day of May, 2017, upon consideration of Terrell Hampton's motion to join in Kenneth Hampton's response in opposition to the Government's motion *in limine*, (ECF No. 221), it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.