# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH HAMPTON, *et al.*<br><br>*Defendants.* | CRIMINAL ACTION<br>NO. 15-00302 |

## ORDER

**AND NOW**, this 10th day of May, 2017, upon consideration of the Government's motion *in limine*, (ECF No. 214), the Defendant Kenneth Hampton's reply, (ECF No. 220), and following a hearing on the motion, (ECF No. 229), it is hereby **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part consistent with the accompanying memorandum.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1