IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | CRIMINAL ACTION NO. 15-302 |
| KENNETH HAMPTON, *et al.* | |
| *Defendants.* | |

## **ORDER**

**AND NOW**, this 5th day of June, 2017, upon consideration of the Government's Motion to Sever Defendant for Trial, (ECF No. 263), and Kenneth Hampton's Response, (ECF No. 267), it is hereby **ORDERED** that the motion is **GRANTED**.

Kenneth Hampton's trial shall begin on **June 6, 2017**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.