IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH HAMPTON | CRIMINAL ACTION<br>NO. 15-00302 |

### ORDER

**AND NOW**, this 28th day of July 2020, upon consideration of Kenneth Hampton's Motion for Release (ECF Nos. 411 & 418) and the government's Response (ECF No. 426), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.