**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

v.

KENNETH HAMPTON

CRIMINAL ACTION
NO. 15-302

## ORDER

**AND NOW**, this 22nd day of March 2021, upon consideration of Kenneth Hampton's *pro se* Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255, (ECF 412), and the Government's Response, (ECF 453), it is **ORDERED** that the Motion is **DENIED** and a **certificate of appealability SHALL NOT** issue. The clerk of court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.