# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | |
| KENNETH HAMPTON | CIVIL ACTION<br>NO. 15-302-1 |

## ORDER

**AND NOW**, this 23rd day of March 2023, upon consideration of Kenneth Hampton's Motion for Judicial Recommendation for Placement in a Halfway House or on Home Confinement (ECF 501), the Government's Response (ECF 503), Hampton's Reply (ECF 507), and Hampton's Motion at ECF 509, it is hereby **ORDERED** that ECF 501 is **DENIED** and ECF 509 is **DENIED** as **MOOT**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.