# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION<br>NO. 15-302 |
| KENNETH HAMPTON | |

## ORDER

**AND NOW**, this 26th day of February 2025, upon consideration of Hampton's Motion for Extension of Time to File Notice of Appeal (ECF No. 527), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.