## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

KENNETH HAMPTON

CRIMINAL ACTION
NO. 15-302-1

## ORDER

**AND NOW**, this 9th day of July, 2026, upon consideration of Defendant's Motion to Reduce His Sentence, (Dkt. No. 543), and the Government's Response in Opposition, (Dkt. No. 545), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*

Gerald J. Pappert, J.